**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

      **v.**                                             04-CR-67

**GREGORY M. ROSE,**

           **Defendant,**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### ORDER

Defense counsel has requested to be paid on an interim basis. This matter has been pending since February 2004 - more than one year. It is expected to continue in this court for at least three more months. In light of the length of this matter, the Court finds that a one time interim payment of fees will serve the purpose of relieving counsel of the financial hardship of a lengthy case. See Guidelines for the Administration of the Criminal Justice Act ¶ 2.30. Accordingly, the Court will allow a properly supported, one-time interim application for fees.

**IT IS SO ORDERED.**

Dated:   April 15, 2005

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge

1